In the Interest of CSK, A child under seventeen years of age.

Michael PRENGER, Juvenile Officer, Respondent,

v.

Karen KINDRED, Appellant.

No. WD 34635.

Missouri Court of Appeals, Western District.

Oct. 4, 1983.

David Kite of Mid-Missouri Legal Services Corp., Jefferson City, for appellant.

Michael W. Prenger of Cole County Juvenile Court, Robert L. Hawkins of Hawkins, Brydon & Swearengen, P.C., Jefferson City, for respondent.

Before SOMERVILLE, P.J., and MANFORD and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

This is a direct appeal from judgment terminating parental rights. Applicable statute is § 211.447, RSMo 1978. Cause heard by special judge pursuant to order of assignment by the Missouri Supreme Court.

The judgment is affirmed. Rule 84.16(b).